In the Matter of FRANK ROSE et al., Appellants, against VICTOR J. SHANKEY et al., Constituting the Town Council of the Town of Haverstraw et al., Respondents.

Submitted March 1, 1937; decided March 9, 1937.

*Walter A. McDermott* and *Ernest W. Hofstatter* for motion.

*H. Eliot Kaplan* opposed.

Motion denied, with ten dollars costs.

In the Matter of the Application of THE CITY OF NEW YORK to Acquire Title to East 29th Street from Avenue " Z " to Emmons Avenue.

ERNESTINE SIEBERT, Appellant; CITY OF NEW YORK et al., Respondents.

Submitted March 1, 1937; decided March 9, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.  (See 273 N. Y. 62.)